UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

QUEONTAY D.L. CHAPMAN,

     Plaintiff,

     v.                            Case No. 26-CV-807

MILWAUKEE COUNTY JAIL FACILITY,

     Defendant.

---

**ORDER**

---

Plaintiff Queontay D.L. Chapman, who is currently confined at the Milwaukee County Jail, filed an unsigned complaint under 42 U.S.C. § 1983, alleging that his constitutional rights were violated. Along with his complaint, Plaintiff filed a motion for leave to proceed without prepaying the filing fee. On May 7, 2026, the Clerk's office mailed Plaintiff a letter informing him that he had to submit a certified copy of his trust account statement for the six months preceding the filing of his complaint by May 28, 2026. (ECF No. 3.) The letter warned that failure to comply with this requirement may result in the Court's dismissal of the case without further notice. (*Id.*) The next day, the Clerk's office mailed Plaintiff a second letter informing him that, by May 29, 2026, he must sign the complaint and warned that, if he did not comply, the Court would dismiss this action. (ECF No. 4.) The deadlines have passed, and Plaintiff has not signed the complaint or filed his trust account statement. Accordingly, as warned, the Court will dismiss this action.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** because Plaintiff did not sign the complaint as required by Federal Rule of Civil Procedure 11 and because Plaintiff did not pay the filing fee.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed without prepayment of the filing fee (ECF No. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff must pay the $350 statutory filing fee. Accordingly, the agency having custody of Plaintiff shall collect from his institution trust account the $350 statutory filing fee by collecting monthly payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action. If Plaintiff is transferred to another institution, the transferring institution shall forward a copy of this order along with Plaintiff's remaining balance to the receiving institution.

**IT IS FURTHER ORDERED** that copies of this order be sent to the officer in charge of the agency where Plaintiff is located and to Dennis Brand, 821 W. State Street, Room 224, Milwaukee, WI 53233.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Green Bay, Wisconsin on June 10, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge

2